# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHIBALD SADE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-01845-JPG |
| PNC FINANCIAL GROUP, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having found no subject matter jurisdiction,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:** November 28, 2023

                                          MONICA A. STUMP, Clerk of Court

                                          By:    *s/Tina Gray,*
                                                      Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE